UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

January 31, 2023

Mr. Braden Boucek
Southeastern Legal Foundation
560 West Crossville Road, Suite 104
Roswell, GA 30075

Mr. William Edward Trachman
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227

   **RE:**     **22-8079, Carpenter v. Vilsack, et al**
           Dist/Ag docket: 2:21-CV-00103-NDF

Dear Counsel:

Appellant's brief is deficient because:

There are no copies of pertinent written findings, conclusions, opinions or orders, nor transcripts of oral findings, conclusions, opinions or orders attached to the brief. *See* 10th Cir. R. 28.2(A) and 10th Cir. R. 30.1(F). The order(s) appealed and the lower court judgment (if applicable) must be submitted as attachments to the brief. In addition, pursuant to 10th Cir. R. 28.2(C)(5), all attachments to briefs must be included and identified in the Table of Contents. As such, you will also need to update the Table of Contents with the attachments listed therein. Stating "Attachment 1" is not sufficient; the attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy").

There is no list of prior or related appeals, with appropriate citations, nor is there an express statement that there are no prior or related appeals. *See* 10th Cir. R. 28.2(C)(3).

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The appendix was not properly filed electronically in the subject case. *See* 10th Cir. R. 30.1. In this instance the appendix was filed as an attachment to the brief. The appendix should have been filed as a stand-alone document.

You must file a corrected brief and proper electronic appendix within three days of the date of this notice. Do not file paper copies of your brief and appendix until the court has received the corrected brief and electronic appendix and issued notice it is compliant.

The corrected brief and appendix must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a response brief will run from the date of service of appellant's corrected brief and appendix].

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief and appendix will not be filed. In addition, the appeal may be dismissed without further notice. *See* 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Jeffrey Eric Sandberg
        Abby Christine Wright

CMW/sds